1  PETER E. BRIXIE, S.B.#124186
   Attorney at Law
2  410 Twelfth Street, Suite One
   Sacramento, CA 95814
3  Telephone: (916) 658-1880
   Facsimile: (916) 658-1884
4  Email: peterbrixie@gmail.com

6  **Attorney for ROBERT BROOM**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| ROBERT BROOM, | CASE NO.:   2:15-CV-02393-EFB |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

  IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's shall have an extension of time of 30 days to file a motion for summary judgment in the above-referenced case. The current due date is May 5, 2016.  The new due date will be June 6, 2016.  This is the first extension of time requested by Plaintiff.   The extension is needed due to press of business in plaintiff's attorney's office.

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION

1 | This is the 1st request for extension by plaintiff.

3 | Dated: 05/03/16                    /s/ *Peter Brixie*
                                       PETER BRIXIE
4 |                                    Attorney at Law
                                       Attorney for Plaintiff

7 | Dated: 05/03/16                    /s/ Jeffery T. Chen
                                       JEFFERY T. CHEN
                                       Special Assistant U. S. Attorney
8 |                                    Attorney for Defendant

10 |                     __ooo__

11 |              APPROVED AND SO ORDERED

13 | Dated:  May 4, 2016.

                                       [signature]
                                       _____
14 |                                   EDMUND F. BRENNAN
                                       United States Magistrate Judge

28 | STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION